UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CV-24266-MORENO/LOUIS

TAXINET CORP.,
a South Dakota corporation,

       Plaintiff/Counter-Defendant,

vs.

SANTIAGO LEON,
an individual,

       Defendant/Counter-Plaintiff.
_____/

**NOTICE OF FILING**
**JOINT AMENDED WITNESS LIST AND DEPOSITION DESIGNATIONS**

       Plaintiff/Counter-Defendant Taxinet Corp., counter-defendant Luis Noboa, and defendant/counter-plaintiff, Santiago Leon, hereby give notice of filing their joint amended witness list and deposition designations in this matter.

Dated: December 15, 2021            Respectfully submitted by:

                              PAYTON & ASSOCIATES, LLC
                              *Attorneys for Santiago Leon*
                              2 S. Biscayne Boulevard, Suite 2300
                              Miami, FL 33131
                              Tel. 305.372.3500
                              Email: payton@payton-law.com
                                             smohorcic@payton-law.com
                                             smorejon@payton-law.com

               By:      */s/ Harry A. Payton, Esq., B.C.S.*
                            Harry A. Payton, Esq., B.C.S.
                            Fla. Bar No. 097527
                            Susan M. Mohorcic, Esq.
                            Fla. Bar No. 0597015

               And

        Omar Ortega, Esq., FBN 0095117
        Rosdaisy Rodriguez, Esq., FBN 0112710
        **DORTA & ORTEGA, P.A.**
        *Attorneys for Taxinet Corp, Luis Noboa*
        3860 SW 8th Street, PH
        Coral Gables, FL 33134
        Tel. 461-5454
        Email: oortega@dortaandortega.com
               rrodriguez@dortaandortega.com
               dgomez@dortaandortega.com

        Joseph P. Klock, Jr., Esq., FBN 156678
        Juan Carlos Antorcha, Esq., FBN 523305
        **RASCO KLOCK PEREZ NIETO, P.L.**
        2555 Ponce de Leon Boulevard, Suite 600
        Coral Gables, FL 33134
        Tel. 305-476-7100
        Email:  jklock@rascoklock.com
                jantorcha@rascoklock.com

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 15th day of December, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF, and also sent via electronic mail to: all attorneys on the service list.

                          */s/ Harry A. Payton, Esq., B.C.S.*

## AMENDED WITNESS LIST AND DEPOSITION DESIGNATIONS

| No. | Witness Name and Address | Plaintiff's Deposition Designations | Defendant's Deposition Designations |
|---|---|---|---|
| 1 | **LUIS NOBOA**<br><br>c/o Dorta & Ortega, P.A.<br>3860 SW 8th Street,<br>Third Floor, Coral Gables, Florida | Live | Live |
| 2 | **SANTIAGO LEON**<br><br>c/o Payton & Associates, LLC<br>2 S. Biscayne Blvds., Ste 2300<br>Miami, Florida, 33131 | Live | Live |
| 3 | **PEDRO DOMIT**<br><br>795 Crandon Blvd, Tower 3, Apt 406<br>Key Biscayne, Florida, 33149 | Live | Live |
| 4 | **SANDEEP SAWHNEY**<br><br>c/o Lazarus & Lazarus, P.C.<br>240 Madison Avenue<br>New York, New York, 10016 | 017:25-018:06<br>018:10-018:12<br>018:18-018:24<br>019:15-020:03<br>020:11-020:12<br>020:24-021:03<br>021:08-021:21<br>022:02-023:07<br>023:14-024:08<br>024:14-028:05<br>032:14-032:25<br>035:08-035:12<br>035:20-035:25<br>036:14-036:16<br>036:23-037:14<br>037:20-038:16<br>040:01-041:09<br>041:15-041:25<br>042:22-044:11<br>068:25-069:21<br>070:10-072:03<br>073:11-074:15<br>081:07-081:21 | 007:03-008:25<br>017:25-018:24<br>025:21-028:19<br>040:25-042:21<br>058:23-060:18<br>061:23-063:02<br>063:10-064:13<br>067:04-068:07<br>075:17-076:05<br>086:08-087:12<br>095:10-095:16<br>097:02-099:06<br>110:01-110:20<br>116:07-116:14<br>117:02-118:07 |

| No. | Witness Name and Address | Plaintiff's Deposition Designations | Defendant's Deposition Designations |
|---|---|---|---|
|  | **Sandeep Sawhney, cont'd** | 082:13-082:14<br>085:24-087:01<br>107:16-107:18<br>108:05-108:08<br>109:18-109:23<br>168:05-170:01<br>173:16-175:22<br>181:01-187:20<br>210:07-210:14<br>213:12-215:09<br>216:12-220:08 |  |
| 5. | **JAIME VELAZQUEZ**<br><br>Olivos 2 Avenida Leopoldo Carena, Carrera, Building I, First Floor Guayaquil, Ecuador | 22.17-24.12<br>26.14-29.03<br>034:08 - 035:04<br>039:15 - 039:17<br>40.18-41.01<br>44.07-45.10<br>050:10 - 050:17<br>050:22 - 051:23<br>089:24 - 090:08<br>090:13 - 090:20<br>111:23 - 112:14<br>120.20-122.25<br>123.11-124.05<br>124.16-125.10<br>127.23-129.10<br>129.21-130.20<br>131.17-132.09<br>132.11-132.21<br>134:02 - 134:10<br>137:03 - 141:10 | 5:2-5:20;<br>10:2-24:15;<br>25:14-29:25;<br>31:24-32:18;<br>39:18-50:9;<br>89:8-89:23;<br>104:22-109:7;<br>111.2-111:22;<br>112:15-118:9;<br>120:8-125:10;<br>127:23-133:24;<br>135:15-136:6;<br>141:15-144:16 |
| 6. | **RICHARD OH**<br><br>55 Scollard Street Toronto, Canada | 015:21-015:24<br>016:09-016:22<br>017:07-021:18<br>022:07-024:08<br>024:18-029:01<br>039:21-039:25<br>040:01-040:05<br>049:08-054:25<br>062:23-062:25<br>063:01-063:06<br>064:12-066:03<br>066:04-066:25<br>068:18-068:21 | 006:11-006:19<br>010:02-012:12<br>013:01-013:13<br>014:11-015:20<br>015:25-016:08<br>016:23-017:06<br>029:02-031:12<br>032:09-036:01<br>040:06-043:21<br>055:01-055:13<br>055:22-061:08<br>063:07-064:11<br>069:04-070:17 |

| No. | Witness Name and Address | Plaintiff's Deposition Designations | Defendant's Deposition Designations |
|---|---|---|---|
|  | **Richard Oh, cont'd** | 068:25-069:03<br>070:18-071:07<br>071:21-075:01<br>081:25-082:04<br>094:19-097:23<br>111:14-113:07<br>123:17-123:25<br>134:03-134:07<br>134:19-135:21<br>167:18-168:12<br>170:01-171:14 | 071:08-071:20<br>102:21-105:16<br>122:15-123:16<br>136:25-141:12<br>149:25-150:04<br>151:21-152:04<br>152:21-153:21<br>166:05-167:16<br>168:13-169:25<br>171:15-180:06 |
| 7. | **GABRIEL BALLESTEROS**<br><br>Mexico City, Mexico | 043:16-048:21<br>057:19-084:19<br>089:25-091:05<br>091:16-094:15 | 004:04-005:14<br>008:08-009:09<br>012:08-018:09<br>020:12-028:06<br>030:22-034:13<br>035:13-037:03<br>037:15-039:08<br>040:01-043:15<br>049:11-050:11<br>054:03-056:12<br>057:15-057:18<br>086:12-089:24 |
| 8. | **LASZLO PALOVITS**<br><br>Insurgentes Sur 1524, Office 206<br>Mexico City, Mexico | 068:04-069:19<br>080:02-082:15<br>083:23-111:11<br>115:19-127:09<br>129:06-134:22<br>137:08-138:15<br>144:05-144:18<br>158:14-167:23<br>183:02-184:01<br>186:12-187:14 | 010:02-010:18<br>011:06-011:09<br>015:13-018:11<br>023:15-027:18<br>027:23-030:22<br>031:09-036:01<br>041:01-042:05<br>043:18-045:13<br>048:14-048:16<br>052:20-053:20<br>055:21-057:06<br>074:10-075:17<br>076:04-078:08<br>193:22-195:06 |
| 9. | **RAMON PEREZ**<br><br>1435 Mercado Ave.<br>Coral Gables, Florida, 33146 | 016:24-017:10<br>032:21-034:01<br>032:21-034:01<br>080:23-081:09 | 101:05-102:15 |

| No. | Witness Name and Address | Plaintiff's Deposition Designations | Defendant's Deposition Designations |
|---|---|---|---|
| 10. | **LEONARDO FELICE GORORDO**<br><br>928 Irvington Ave.<br>Coconut Grove, Florida | 004:08-004:11<br>009:08-010:02<br>022:12-022:25<br>023:06-024:01<br>025:21-026:03<br>029:22-030:08 | 125:12-126:05 |
| 11. | **PETER CORSELL**<br><br>2821 S. Bayshore Dr., Apt. 14B<br>Miami, Florida | 016:20-017:09 | 031:07-031:15 |
| 12. | **EDUARDO ZAYAS**<br><br>c/o Payton & Assoc., LLC<br>2 S Biscayne Blvd.,Ste 2300<br>Miami, Florida, 33131 | Live | Live |