UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 16-24266-CIV-MORENO

TAXINET CORP.,

    Plaintiff,

vs.

SANTIAGO LEON,

    Defendant.
_____/

## AMENDED FINAL JUDGMENT ON PLAINTIFF'S AMENDED COMPLAINT

Pursuant to Federal Rules of Civil Procedure 50(b)(3) and 58, the Court enters final judgment in favor of the Defendant on Count 6 of the Amended Complaint for unjust enrichment, as set forth in the Order Granting the Renewed Motion for Judgment as a Matter of Law.

Pursuant to Federal Rules of Civil Procedure 56 and 58, the Court enters final judgment in favor of Defendant on Counts 1-5 and 7 of the Amended Complaint consistent with the Order Adopting Magistrate Judge Louis's Report and Recommendation and Granting Summary Judgment on those claims dated November 24, 2020.

DONE AND ORDERED in Chambers at Miami, Florida, this 28th of June 2022.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record